# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **FERNANDO HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,** § § § § | | |
| **Plaintiff,** § § | | |
| V. § § | **CIVIL ACTION NO. 5:16-cv-00868-FB-PMA** | |
| **TIER ONE SECURITY, INCORPORATED and SHAWN FLUITT,** § § § § § | **JURY TRIAL DEMANDED** | |
| **Defendants.** § | | |

## NOTICE OF FILING CONSENT FORM

Pursuant to 29 U.S.C. § 216(b), the following individuals hereby submit a Consent Form to become a Party Plaintiff in the above-captioned collective action:

Exhibit 27 – Betsy Gordon; and

Exhibit 28 – Thomas Gordon.

1

Respectfully submitted,

SHELLIST LAZARZ SLOBIN LLP

By: */s/ Ricardo J. Prieto*
TODD SLOBIN
Texas Bar No. 24002953
tslobin@eeoc.net
RICARDO J. PRIETO
Texas Bar No. 24062947
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

ATTORNEYS FOR PLAINTIFF
& CLASS MEMBERS

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, a true and correct copy of the foregoing document was electronically filed. Notice of this filing will be served on all parties by operation of the Court's Electronic Filing System.

*/s/ Ricardo J. Prieto*
Ricardo J. Prieto